THE PEOPLE OF THE STATE OF NEW YORK ex rel. LOUIS ROGALL, Respondent, *v.* AARON JACOBY, as Sheriff of the County of Kings, Defendant; HOOD RUBBER PRODUCTS Co., INC., Appellant.

(Submitted May 28, 1934; decided June 5, 1934.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 264 N. Y. 485.)